THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EVELYN WELLING, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | 3:19-CV-18 |
| | : | (JUDGE MARIANI) |
| ANDREW SAUL,[1] | : | |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS 22ND DAY OF APRIL, 2020**, upon review of Magistrate Judge Saporito's Report & Recommendation ("R&R") (Doc. 17) for clear error or manifest injustice,

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 17) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　　　  s/ *Robert D. Mariani*
　　　　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court has replaced former Acting Commissioner of Social Security, and named Defendant, Nancy Berryhill, with Andrew Saul, the current Commissioner of Social Security.